B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Linear Electric Co., Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>22-2571559 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>428 Route 46<br>Rockaway, NJ<br>ZIP Code 07866 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Morris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
   *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
   check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined
   in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
   under Title 26 of the United States
   Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition
   of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
   of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,
   defined in 11 U.S.C. § 101(8) as
   "incurred by an individual primarily for
   a personal, family, or household purpose."
☑ Debts are primarily
   business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
   attach signed application for the court's consideration certifying that the
   debtor is unable to pay fee except in installments. Rule 1006(b). See Official
   Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
   attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
   are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
   in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Leonard C. Walczyk (LW-4720) ***
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
   there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Linear Electric Co., Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  - None - | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)    (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>      _____ <br>      (Name of landlord that obtained judgment) <br><br><br>      _____ <br>      (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| Linear Electric Co., Inc. |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Leonard C. Walczyk
Signature of Attorney for Debtor(s)

 Leonard C. Walczyk (LW-4720)
Printed Name of Attorney for Debtor(s)

 WASSERMAN, JURISTA & STOLZ
Firm Name
 110 Allen Road
 Suite 304
 Basking Ridge, NJ 07920

Address

                                    Email: attys@wjslaw.com
 (973) 467-2700  Fax: (973) 467-8126
Telephone Number
 July  1, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Lewis Weinstock
Signature of Authorized Individual
 Lewis Weinstock
Printed Name of Authorized Individual
 President
Title of Authorized Individual
 July  1, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

Balance Sheet
3/31/2015

|                                           | 3/31/2015      |
|-------------------------------------------|----------------|
| **Current Assets**                        |                |
| Cash                                      | 1,092,425.90   |
| Accounts Receivable - Trade               | 3,237,828.93   |
| Costs and Est. Earn in Excess of Billin   | 931,190.00     |
| Prepaid Assets                            | -10,750.87     |
|                                           |                |
| Total Current Assets                      | 5,250,693.96   |
|                                           |                |
| **Non-current Assets**                    |                |
| Property and Equipment                    | 913,250.17     |
| Accumulated Depreciation                  | -652,636.54    |
| Cash Surrender Value - Life Insurance     | 27,070.06      |
| Other Deferred Charges                    | 584.24         |
|                                           |                |
| Total Non-current Assets                  | 288,267.93     |
|                                           |                |
| Total Assets                              | 5,538,961.89   |
|                                           |                |
| **Current Liabilities**                   |                |
| Notes Payable - Current                   | 1,865,000.00   |
| Accounts Payable - Trade                  | 1,223,925.31   |
| Accounts Payable - Other                  | 621,637.00     |
| Accrued Payroll, Taxes, Union  and Exp.   | 723,109.26     |
| Billing in Excess of Cost and Est Earn    | 317,895.00     |
|                                           |                |
| Total Current Liabilities                 | 4,751,566.57   |
|                                           |                |
| **Non-current Liabilities**               |                |
| Other Deferred Credits - Current          | 853,379.00     |
| Loans Payable                             | 10,949.61      |
| Loan Payable -Long Term                   | 83,284.59      |
| Other Long-Term Liabilities               | 555,000.00     |
|                                           |                |
| Total Non-current Liabilities             | 1,502,613.20   |
|                                           |                |
| Total Liabilities                         | 6,254,179.77   |
|                                           |                |
| **Capital/Owners' Equity**                |                |
| Common Stock                              | 5,000.00       |
| Retained Earnings                         | -468,678.55    |
| Net Income (loss)                         | -251,539.33    |
|                                           |                |
| Total Capital/Owners' Equity              | -715,217.88    |
|                                           |                |
| Total Liabilities & Capital               | 5,538,961.89   |

## IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. |
| **Linear Electric Co., Inc.,** | } | Chapter 11 |
| | } | |
| **Debtor** | } | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Lewis Weinstock, declare under penalty of perjury that I am the President of Linear Electric Co., Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 1st day of July, 2015.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Lewis Weinstock, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Lewis Weinstock, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Lewis Weinstock, President of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case."

Date: July 1, 2015                 Signed: _Lewis Weinstock_____

**LEWIS WEINSTOCK, PRESIDENT**

Resolution of Board of Directors
of
LINEAR ELECTRIC CO., INC.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Lewis Weinstock, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Lewis Weinstock, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Lewis Weinstock, President of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case.


Date:  July 1, 2015                          Signed: _____
                                                    **LEWIS WEINSTOCK, President**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    Linear Electric Co., Inc.                                  Case No. _____

                                     Debtor(s)                  Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lakeland Bank<br>250 Oak Ridge Road<br>Oak Ridge, NJ 07438 | Lakeland Bank<br>250 Oak Ridge Road<br>Oak Ridge, NJ 07438 | | | 1,300,000.00<br><br>(0.00 secured) |
| Cooper Electric Supply Co.<br>PO Box 415925<br>Boston, MA 02241-5925 | Cooper Electric Supply Co.<br>PO Box 415925<br>Boston, MA 02241-5925 | Trade debt | | 1,152,837.93 |
| Graybar Electric Co., Inc.<br>PO Box 414396<br>Boston, MA 02241-4396 | Graybar Electric Co., Inc.<br>PO Box 414396<br>Boston, MA 02241-4396 | Trade debt | | 376,077.68 |
| Stewart & Stevenson<br>33 Gregg Street<br>Lodi, NJ 07644 | Stewart & Stevenson<br>33 Gregg Street<br>Lodi, NJ 07644 | Trade debt | | 344,031.75 |
| Turtle & Hughes, Inc.<br>1900 Lower Road<br>Linden, NJ 07036 | Turtle & Hughes, Inc.<br>1900 Lower Road<br>Linden, NJ 07036 | Trade debt | | 142,626.39 |
| Samson Electrical Supply<br>PO Box 680<br>Edison, NJ 08818 | Samson Electrical Supply<br>PO Box 680<br>Edison, NJ 08818 | Trade debt | | 97,680.63 |
| Gallant & Wein<br>31 National Road<br>Edison, NJ 08817 | Gallant & Wein<br>31 National Road<br>Edison, NJ 08817 | Trade debt | | 77,138.97 |
| Rapid Fiber Solutions, LLC<br>1106 Hamilton Street<br>Belleville, NJ 07109 | Rapid Fiber Solutions, LLC<br>1106 Hamilton Street<br>Belleville, NJ 07109 | Trade debt | | 65,993.05 |
| Ace Wire & Cable Co., Inc.<br>72-01 51st Avenue<br>Woodside, NY 11377 | Ace Wire & Cable Co., Inc.<br>72-01 51st Avenue<br>Woodside, NY 11377 | Trade debt | | 47,413.87 |
| J.R. Prisco, Inc.<br>44 Middle Ave<br>Summit, NJ 07901 | J.R. Prisco, Inc.<br>44 Middle Ave<br>Summit, NJ 07901 | Trade debt | | 35,655.75 |
| Specialized Fire & Security<br>PO Box 4878<br>Wayne, NJ 07470 | Specialized Fire & Security<br>PO Box 4878<br>Wayne, NJ 07470 | Trade debt | | 24,942.28 |
| American Express<br>Customer Service<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express<br>Customer Service<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Credit card purchases | | 23,351.92 |

B4 (Official Form 4) (12/07) - Cont.

In re   Linear Electric Co., Inc.                                                      Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Warshauer Electric Supply<br>800 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 | Warshauer Electric Supply<br>800 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 | Trade debt | | 22,833.12 |
| Communications Supply Corp.<br>3462 Solution Center<br>Chicago, IL 60677-3004 | Communications Supply Corp.<br>3462 Solution Center<br>Chicago, IL 60677-3004 | Trade debt | | 22,244.70 |
| Automatic Suppression<br>67 Ramapo Valley Road<br>Suite 101<br>Mahwah, NJ 07430 | Automatic Suppression<br>67 Ramapo Valley Road<br>Suite 101<br>Mahwah, NJ 07430 | Trade debt | | 17,579.03 |
| Zabransky Mechanical Corp.<br>44 Mehrhof Road<br>PO Box 268<br>Little Ferry, NJ 07643 | Zabransky Mechanical Corp.<br>44 Mehrhof Road<br>PO Box 268<br>Little Ferry, NJ 07643 | Trade debt | | 14,553.00 |
| Ally<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | Ally<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | 2013 Chevy Silverago, approx. miles 17,283 | | 33,829.92<br><br>(23,444.00 secured) |
| LKU Group, Inc.<br>241 Molnar Drive, Suite 201<br>Elmwood Park, NJ 07407 | LKU Group, Inc.<br>241 Molnar Drive, Suite 201<br>Elmwood Park, NJ 07407 | Trade debt | | 9,800.00 |
| Asco Services Inc.<br>50 Hanover Road<br>Florham Park, NJ 07932 | Asco Services Inc.<br>50 Hanover Road<br>Florham Park, NJ 07932 | Trade debt | | 7,131.15 |
| Breakers & Controls, Inc.<br>311 Route 46 West, Suite 1<br>Fairfield, NJ 07004-2424 | Breakers & Controls, Inc.<br>311 Route 46 West, Suite 1<br>Fairfield, NJ 07004-2424 | Trade debt | | 5,157.55 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July 1, 2015                                      Signature   /s/ Lewis Weinstock
_____                    _____
                                                                        Lewis Weinstock
                                                                        President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### District of New Jersey

In re   Linear Electric Co., Inc.                                        ,   Case No. _____

                                                    Debtor

Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 3,041,744.84 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,339,804.27 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 3,121,469.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 3,041,744.84 | | |
| Total Liabilities | | | | 4,461,273.65 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of New Jersey

In re    Linear Electric Co., Inc.                                ,        Case No. _____

Debtor

Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Linear Electric Co., Inc.                                                              ,    Case No. _____
                                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

_0_ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Linear Electric Co., Inc.                                     ,        Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not** list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and **Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating account at Lakeland Bank, (0053) | - | 355,827.00 |
| | | Accounts Payable checking account at Lakeland Bank, (0096) | - | 0.00 |
| | | Office Payroll checking account @ Lakeland Bank, (0061) | - | 0.00 |
| | | Field Payroll checking account @ Lakeland Bank, (0088) | - | 0.00 |
| | | ACH checking account @ Lakeland Bank, (0118) | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Continental Assurance Company Life Insurance Company, Lewis Weinstock insured, Face Value: $250,000, Cash Value: $23,503.84 | - | 23,503.84 |

|  |  |
|---|---|
| Sub-Total > | 379,330.84 |
| (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Linear Electric Co., Inc.                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | - | 2,421,420.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total >  | 2,421,420.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  __1__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Linear Electric Co., Inc. _____,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Chevy Silverado, approx. miles 101,467 | - | 13,105.00 |
| | | 2012 Chevy Express Van, approx. miles 43,600 | - | 14,124.00 |
| | | 2013 Chevy Silverado, approx. miles 17,283 | - | 23,444.00 |
| | | SEE ATTACHED RIDER | - | 88,821.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | office furniture, warhouse racking, computers, servers, monitors, printers, file cabinets | - | 100,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Assorted tools | - | Unknown |
| 30. Inventory. | | Assorted extra materials | - | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    239,494.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Linear Electric Co., Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 2-Connex storage trailers | - | 1,500.00 |

|  | Sub-Total > | 1,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 3,041,744.84 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

RIDER TO SCHEDULE B - #25 – AUTOMOBILES

| | |
|---|---|
| 2000 Chevy Pickup C2500, approx. miles 132,000 | $  2,694.00 |
| 2001 Chevy Pickup Silverado, approx. miles 236,265 | $  1,224.00 |
| 2002 Chevy Pick up w/plow, approx. miles 209,000 | $  1,105.00 |
| 2001 Dodge Ram Van B2500, approx. miles 74,000 | $  2,450.00 |
| 2001 Dodge Ram Van B2500, approx. miles 62,405 | $  2,747.00 |
| 2001 Chevy Pickup Silverado, approx. miles 176,500 | $  1,886.00 |
| 2001 Ford Econoline E350 Van, approx. miles 140,870 | $  1,402.00 |
| 2002 Chevy Pickup Silverado, approx. miles 165,780 | $  2,327.00 |
| 2003 Chevy Pickup, approx. miles 81,830 | $  5,248.00 |
| 2002 Chevy Van Express G2, approx. miles 75,313 | $  3,053.00 |
| 2005 Chevy Van Express G2, approx. miles 114,324 | $  3,810.00 |
| 2007 American Tailer | Unknown |
| 2007 Chevy Rack Body Pickup, approx. miles 101,900 | $  6,594.00 |
| 2007 Chevy Pickup Silverado, approx. miles 134,880 | $  6,763.00 |
| 2001 Ford Pickup F150, approx. miles 210,425 | $     629.00 |
| 2006 Chevy Van Express G2, approx. miles 123,973 | $  4,070.00 |
| 2010 Chevy Van Express G2, approx. miles 86,966 | $  9,162.00 |
| 2009 Chevy Express G2500, approx. miles 39,300 | $ 14,663.00 |
| 2009 Chevy Silverado 1500, approx. miles 32,858 | $ 18,994.00 |
| 2013 CAM Trailer | Unknown |

B6D (Official Form 6D) (12/07)

In re    Linear Electric Co., Inc. _____ ,    Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx4669<br><br>Ally<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | | - | Automobile Loan<br><br>2011 Chevy Silverado, approx. miles 101,467 | | | | | |
| | | | Value $              13,105.00 | | | | 4,262.24 | 0.00 |
| Account No. xxxxxxxx3067<br><br>Ally<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | | - | Automobile Loan<br><br>2012 Chevy Express Van, approx. miles 43,600 | | | | | |
| | | | Value $              14,124.00 | | | | 1,712.11 | 0.00 |
| Account No. xxxxxxxx2698<br><br>Ally<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | | - | Automobile Loan<br><br>2013 Chevy Silverado, approx. miles 17,283 | | | | | |
| | | | Value $              23,444.00 | | | | 33,829.92 | 10,385.92 |
| Account No.<br><br>Lakeland Bank<br>250 Oak Ridge Road<br>Oak Ridge, NJ 07438 | X | - | | | | | | |
| | | | Value $                    0.00 | | | | 1,300,000.00 | 1,300,000.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,339,804.27 | 1,310,385.92 |

B6D (Official Form 6D) (12/07) - Cont.

In re   Linear Electric Co., Inc.                                    ,          Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.<br><br>Selective Insurance Company of America<br>40 Wantage Avenue<br>Branchville, NJ 07890 | X | - | | | Wage and Fringe Benefit bond-for notice purposes (Local 102)<br><br>all assets | | | | | |
| | | | | | Value $          Unknown | | | | 0.00 | Unknown |
| Account No.<br><br>Selective Insurance Company of America<br>40 Wantage Avenue<br>Branchville, NJ 07890 | X | - | | | Wage and Fringe Benefit Bond-for notice purposes (Local 456)<br><br>all assets | | | | | |
| | | | | | Value $          Unknown | | | | 0.00 | Unknown |
| Account No.<br><br>Selective Insurance Company of America<br>40 Wantage Avenue<br>Branchville, NJ 07890 | X | - | | | Wage and Fringe Benefit Bond-for notice purposes (Local 164)<br><br>all assets | | | | | |
| | | | | | Value $          Unknown | | | | 0.00 | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 1,339,804.27 | 1,310,385.92 |

B6E (Official Form 6E) (4/13)

.

In re    Linear Electric Co., Inc.                                                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Linear Electric Co., Inc.                                        ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Noticing & Precautionary Purposes | | | | | |
| Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | Representing: Internal Revenue Service | | | | | |
| Internal Revenue Service Special Procedures 955 So. Springfield Avenue Springfield, NJ 07081 | | | | | | | Notice Only | |
| Account No. | | | For Noticing & Precautionary Purposes | | | | | |
| State of New Jersey Division of Taxation CN 249 Trenton, NJ 08625 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 / 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Linear Electric Co., Inc.                                    ,    Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ace Wire & Cable Co., Inc.<br>72-01 51st Avenue<br>Woodside, NY 11377 | - | | Trade debt | | | | 47,413.87 |
| Account No. ******xx1003<br><br>American Express<br>Customer Service<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | - | | Credit card purchases | | | | 23,351.92 |
| Account No.<br><br>Asco Services Inc.<br>50 Hanover Road<br>Florham Park, NJ 07932 | - | | Trade debt | | | | 7,131.15 |
| Account No.<br><br>Atlantic Electrical Group<br>13 Callaghan Road<br>Brick, NJ 08724 | - | | Trade debt | | | | 4,280.00 |

  __7__   continuation sheets attached

Subtotal
(Total of this page)    82,176.94

B6F (Official Form 6F) (12/07) - Cont.

In re    Linear Electric Co., Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Automatic Suppression 67 Ramapo Valley Road Suite 101 Mahwah, NJ 07430 | - | | | | | | | 17,579.03 |
| Account No. | | | | Trade debt | | | | |
| Breakers & Controls, Inc. 311 Route 46 West, Suite 1 Fairfield, NJ 07004-2424 | - | | | | | | | 5,157.55 |
| Account No. | | | | Trade debt | | | | |
| Communications Supply Corp. 3462 Solution Center Chicago, IL 60677-3004 | - | | | | | | | 22,244.70 |
| Account No. | | | | Trade debt | | | | |
| Comnet Telecom Supply Inc. 1 Kimberly Road Bldg. 101 East Brunswick, NJ 08816 | - | | | | | | | 172.50 |
| Account No. | | | | Trade debt | | | | |
| Cooper Electric Supply Co. PO Box 415925 Boston, MA 02241-5925 | - | | | | | | | 1,152,837.93 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,197,991.71

B6F (Official Form 6F) (12/07) - Cont.

In re    Linear Electric Co., Inc. _____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| County Circuit Breakers 1834 South Grand Avenue Santa Ana, CA 92705 | - | | | | | | 2,518.94 |
| Account No. | | | Trade debt | | | | |
| Faber Industrial Technologies 1111 Paulison Avenue PO Box 2000 Clifton, NJ 07015 | - | | | | | | 4,814.57 |
| Account No. | | | Trade debt | | | | |
| Gallant & Wein 31 National Road Edison, NJ 08817 | - | | | | | | 77,138.97 |
| Account No. | | | Trade debt | | | | |
| Graybar Electric Co., Inc. PO Box 414396 Boston, MA 02241-4396 | - | | | | | | 376,077.68 |
| Account No. | | | Trade debt | | | | |
| Ground Penetrating Radar 7540 New West Road Toledo, OH 43617 | - | | | | | | 900.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of          Subtotal          461,450.16
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Linear Electric Co., Inc._____,   Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| J.R. Prisco, Inc. 44 Middle Ave Summit, NJ 07901 | | | | | | | | 35,655.75 |
| Account No. | | - | | Trade debt | | | | |
| Jersey Sheet Metal 90 E. Dickerson Street Dover, NJ 07801 | | | | | | | | 315.65 |
| Account No. | | - | | Personal loan to business | | | | |
| Lewis Weinstock 75 Mackenzie Lane South Denville, NJ 07834 | | | | | | | | 555,000.00 |
| Account No. | | - | | Trade debt | | | | |
| Liberty Electronics 465 Route 53 Denville, NJ 07834 | | | | | | | | 2,550.00 |
| Account No. | | - | | Trade debt | | | | |
| LKU Group, Inc. 241 Molnar Drive, Suite 201 Elmwood Park, NJ 07407 | | | | | | | | 9,800.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

603,321.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Linear Electric Co., Inc._____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Mobile Mini, Inc. PO Box 79149 Phoenix, AZ 85062 | | - | | | | | | 103.79 |
| Account No. | | | | Trade debt | | | | |
| Moreng Telecom Products 357 Hamburg Turnpike Wayne, NJ 07470 | | - | | | | | | 37.08 |
| Account No. | | | | Trade debt | | | | |
| Rapid Fiber Solutions, LLC 1106 Hamilton Street Belleville, NJ 07109 | | - | | | | | | 65,993.05 |
| Account No. | | | | business loan | | | | |
| Ronni Weinstock 3 Pondside Road Ledgewood, NJ 07852 | | - | | | | | | 50,000.00 |
| Account No. | | | | Trade debt | | | | |
| Samson Electrical Supply PO Box 680 Edison, NJ 08818 | | - | | | | | | 97,680.63 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        213,814.55

B6F (Official Form 6F) (12/07) - Cont.

In re   Linear Electric Co., Inc.                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Shaeffer Supply, Inc. 292 Route 46 Dover, NJ 07801 | | - | | | | | | 95.22 |
| Account No. | | | | Trade debt | | | | |
| Simplex Grinnell Dept. CH 10320 Palatine, IL 60055-0320 | | - | | | | | | 3,739.74 |
| Account No. | | | | Trade debt | | | | |
| Specialized Fire & Security PO Box 4878 Wayne, NJ 07470 | | - | | | | | | 24,942.28 |
| Account No. | | | | Trade debt | | | | |
| Stewart & Stevenson 33 Gregg Street Lodi, NJ 07644 | | - | | | | | | 344,031.75 |
| Account No. | | | | Trade debt | | | | |
| Swift Electrical Supply Co. Dept. #106078 PO Box 150478 Hartford, CT 06115-0478 | | - | | | | | | 2,146.90 |

Sheet no.  5   of  7   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   374,955.89

B6F (Official Form 6F) (12/07) - Cont.

In re    Linear Electric Co., Inc. _____ ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Trace Electrical Service & Tes 293 Whitehead Road Hamilton, NJ 08619 | - | | | | | | 2,953.20 |
| Account No. | | | Trade debt | | | | |
| Turtle & Hughes, Inc. 1900 Lower Road Linden, NJ 07036 | - | | | | | | 142,626.39 |
| Account No. | | | Trade debt | | | | |
| United Fire Protection Corp. 493 Lehigh Avenue Union, NJ 07083 | - | | | | | | 4,758.00 |
| Account No. | | | Trade debt | | | | |
| W.W. Grainger Co., Inc. Dept 5221 - 807019997 Palatine, IL 60038-0001 | - | | | | | | 35.02 |
| Account No. | | | Trade debt | | | | |
| Warshauer Electric Supply 800 Shrewsbury Avenue Tinton Falls, NJ 07724 | - | | | | | | 22,833.12 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

173,205.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Linear Electric Co., Inc. _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Zabransky Mechanical Corp. 44 Mehrhof Road PO Box 268 Little Ferry, NJ 07643 | - | | | | | | | 14,553.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,553.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 3,121,469.38 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re    Linear Electric Co., Inc.                                    ,         Case No. _____
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ford Credit<br>PO Box 220564<br>Pittsburgh, PA 15257-2564 | 2014 Ford Edge, lease ends 5/16/2017 |
| RAM Realty<br>75 Mackenzie Lane So.<br>Denville, NJ 07834 | office space rental |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   Linear Electric Co., Inc. _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lewis Weinstock<br>75 Mackenzie Lane South<br>Denville, NJ 07834 | Lakeland Bank<br>250 Oak Ridge Road<br>Oak Ridge, NJ 07438 |
| Lewis Weinstock<br>75 Mackenzie Lane South<br>Denville, NJ 07834 | Selective Insurance Company of America<br>40 Wantage Avenue<br>Branchville, NJ 07890 |
| Lewis Weinstock<br>75 Mackenzie Lane South<br>Denville, NJ 07834 | Selective Insurance Company of America<br>40 Wantage Avenue<br>Branchville, NJ 07890 |
| Lewis Weinstock<br>75 Mackenzie Lane South<br>Denville, NJ 07834 | Selective Insurance Company of America<br>40 Wantage Avenue<br>Branchville, NJ 07890 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   Linear Electric Co., Inc.                                                    Case No.
                                                          Debtor(s)         Chapter        11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      22      sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   July  1, 2015                                    Signature   /s/ Lewis Weinstock
                                                                     Lewis Weinstock
                                                                     President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of New Jersey

In re    Linear Electric Co., Inc.                             Case No.                

                                        Debtor(s)            Chapter     11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,208,364.23 | 2015 YTD: Debtor Gross Revenues |
| $13,446,723.51 | 2014: Debtor Gross Revenues |
| $18,551,467.00 | 2013: Debtor Gross Revenues |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

B7 (Official Form 7) (04/13)                                                                                                                    2

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Ace Wire & Cable Co., Inc.<br>72-01 51st St.<br>Woodside, NY 11377 | 6/5/15 | $19,158.51 | $47,413.87 |
| American Express<br>PO Box 1270<br>Newark, NJ 07101 | 6/11/15 | $81,799.59 | $23,351.92 |
| ASCO Services, Inc.<br>50 Hanover Road<br>Florham Park, NJ 07932 | | $19,000.00 | $7,131.15 |
| Cambridge Financial Services<br>Raritan Plaza III<br>105 Fieldcrest Ave., Suite 206B<br>Edison, NJ 08837 | 6/19/15 | $10,325.00 | $0.00 |
| Cooper Electric Supply Inc.<br>PO Box 415925<br>Boston, MA 02241-5925 | 6/5/15 | $277,476.90 | $1,152,837.93 |
| Engine Consulting<br>181 St. Nicholas Ave<br>Hillsdale, NJ 07642 | 6/11/15 | $20,970.00 | $0.00 |
| Gallant & Wein<br>31 National Road<br>Edison, NJ 08817 | 6/5/15 | $65,931.19 | $77,138.97 |
| Graybar Electric Co., Inc.<br>PO Box 414396<br>Boston, MA 02241-4396 | 5/21/15 | $45,082.10 | $376,077.68 |
| Robert Henion & Company<br>31 South Street<br>Morristown, NJ 07960 | 5/19/15 | $34,235.25 | $0.00 |
| Hyatt Computer<br>550 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | 6/11/15 | $9,075.70 | $0.00 |

    * *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                               3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| I.E. Shafer & Company<br>830 Bear Tavern Road<br>PO Box 1028<br>Trenton, NJ 08628-0230 | 6/11/15 | $19,679.00 | $0.00 |
| J.R. Prisco, Inc.<br>44 Middle Ave<br>Summit, NJ 07901 | 3/2015 | $76,981.50 | $35,655.75 |
| NJ Manufacturers Insurance Co.<br>CN 00128<br>Trenton, NJ 08628 | | $25,129.51 | $0.00 |
| Otterstedt Agency, Inc.<br>933 Route 23 South<br>Suite 4<br>Pompton Plains, NJ 07444 | 6/18/15 | $45,484.00 | $0.00 |
| RAM Realty<br>75 Mackenzie Lane So.<br>Denville, NJ 07834 | 6/2/15 | $23,000.00 | $0.00 |
| Rapid Fiber Solutions LLC<br>1106 Hamilton St<br>Belleville, NJ 07109 | 6/5/15 | $39,800.70 | $65,993.05 |
| Samson Electrical Supply<br>PO Box 680<br>Edison, NJ 08818 | 6/5/15 | $326,253.29 | $97,680.63 |
| Swift Electrical Supply Co.<br>Dept. 106078<br>PO Box 150478<br>Hartford, CT 06115-0478 | 4/6/15 | $9,374.80 | $2,146.90 |
| Turtle & Hughes<br>1900 Lower Road<br>Linden, NJ 07036 | 6/5/15 | $157,296.36 | $142,626.39 |
| Verizon Wireless<br>P.O. Box 408<br>Newark, NJ 07101-0408 | 6/11/15 | $7,292.04 | $0.00 |
| Warshauer Electric Supply<br>800 Shrewsbury Avenue<br>Tinton Falls, NJ 07724 | 6/5/15 | $26,323.77 | $22,833.12 |
| Zabransky Mechanical Corp.<br>44 Mehrhof Rd.<br>PO Box 268<br>Little Ferry, NJ 07643 | | $14,112.00 | $14,553.00 |

None
☐     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ronnie Weinstock<br>3 Pondside Drive<br>Ledgewood, NJ 07852<br>  Ex-Wife | 3/15-6//15 | $15,529.83 | $50,000.00 |

B7 (Official Form 7) (04/13)                                                                            4

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| Boy Scouts of America Central NJ Concil 2245 US Highway 130, Suite 106 Dayton, NJ 08810-2420 | None | 3/19/15 | $250.00 |
| St. Mary's Church | None | 4/16/15 | $175.00 |

B7 (Official Form 7) (04/13)                                                                                                                    5

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cambridge Financial Corporation<br>101 Fieldcrest Avenue, Suite 3E<br>Edison, NJ 08817 | 10/14-5/15 | $15,716.00 |
| Wasserman Jurista & Stolz<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | 11/2014, 6/2105, 7/2015, 7/2015 | $2,500, $2,500, $15,000, $30,000.00 |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          6

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| Lakeland Bank 250 Oak Ridge Road Oak Ridge, NJ 07438 | June 2015 | $382,842; $475,000; $177,000 |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

B7 (Official Form 7) (04/13)                                                                                              7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED
Robert Henion & Co.                                             1997-Current
31 South St., #204
Morristown, NJ 07960

B7 (Official Form 7) (04/13)                                                                                          8

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐       of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED
Robert Henion & Co.               31 South St., #204                   1997-Current
                                  Morristown, NJ 07960

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■       of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                   ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐       issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED
Lakeland Bank                                       3/2015
250 Oak Ridge Road
Oak Ridge, NJ 07438

Graybar Electric Supply                             2013
34 N. Meramec Ave
Saint Louis, MO 63105

---

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■       and the dollar amount and basis of each inventory.

                                                                       DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY            INVENTORY SUPERVISOR                       (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

                                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                   RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                        NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                       NATURE AND PERCENTAGE
NAME AND ADDRESS                        TITLE                           OF STOCK OWNERSHIP
Lewis Weinstock                         President                       90%
75 Mackenzie Lane South
Denville, NJ 07834

Adam Weinstock                          Executive Vice President        7%
36 Green Road
Sparta, NJ 07871

Michelle Weinstock                      V.P. Administration/Finance     3%
63 Calais Road
Randolph, NJ 07869

B7 (Official Form 7) (04/13)                                                                                                9

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                   DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                        DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lewis Weinstock | 7/1/14-present, salary | $175,194 |
| President | | |

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                                    10

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  July 1, 2015                          Signature    /s/ Lewis Weinstock

                                                         Lewis Weinstock
                                                         President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of New Jersey

In re   Linear Electric Co., Inc.

Debtor(s)

Case No. _____

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00 |
| Prior to the filing of this statement I have received | $ | 30,000.00 |
| Balance Due | $ | 0.00 |

2.   $   1,717.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   July 1, 2015

/s/ Leonard C. Walczyk
Leonard C. Walczyk
WASSERMAN, JURISTA & STOLZ
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700  Fax: (973) 467-8126
attys@wjslaw.com

---

# United States Bankruptcy Court

### District of New Jersey

In re    Linear Electric Co., Inc.                                    ,        Case No. _____

                                                        Debtor

                                                                 Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| None | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____July  1, 2015_____          Signature  /s/ Lewis Weinstock_____
                                                                 Lewis Weinstock
                                                                 President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of New Jersey

In re    Linear Electric Co., Inc.

_____
                                    Debtor(s)

Case No. _____

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    July  1, 2015
_____

/s/ Lewis Weinstock
_____
Lewis Weinstock/President
Signer/Title

Ace Wire & Cable Co., Inc.
72-01 51st Avenue
Woodside, NY 11377


Ally
Payment Processing Center
PO Box 9001951
Louisville, KY 40290-1951


American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1535


Asco Services Inc.
50 Hanover Road
Florham Park, NJ 07932


Atlantic Electrical Group
13 Callaghan Road
Brick, NJ 08724


Automatic Suppression
67 Ramapo Valley Road
Suite 101
Mahwah, NJ 07430


Breakers & Controls, Inc.
311 Route 46 West, Suite 1
Fairfield, NJ 07004-2424


Communications Supply Corp.
3462 Solution Center
Chicago, IL 60677-3004


Comnet Telecom Supply Inc.
1 Kimberly Road
Bldg. 101
East Brunswick, NJ 08816


Cooper Electric Supply Co.
PO Box 415925
Boston, MA 02241-5925

County Circuit Breakers
1834 South Grand Avenue
Santa Ana, CA 92705


Faber Industrial Technologies
1111 Paulison Avenue
PO Box 2000
Clifton, NJ 07015


Ford Credit
PO Box 220564
Pittsburgh, PA 15257-2564


Gallant & Wein
31 National Road
Edison, NJ 08817


Graybar Electric Co., Inc.
PO Box 414396
Boston, MA 02241-4396


Ground Penetrating Radar
7540 New West Road
Toledo, OH 43617


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures
955 So. Springfield Avenue
Springfield, NJ 07081


J.R. Prisco, Inc.
44 Middle Ave
Summit, NJ 07901


Jersey Sheet Metal
90 E. Dickerson Street
Dover, NJ 07801

Lakeland Bank
250 Oak Ridge Road
Oak Ridge, NJ 07438


Lewis Weinstock
75 Mackenzie Lane South
Denville, NJ 07834


Liberty Electronics
465 Route 53
Denville, NJ 07834


LKU Group, Inc.
241 Molnar Drive, Suite 201
Elmwood Park, NJ 07407


Mobile Mini, Inc.
PO Box 79149
Phoenix, AZ 85062


Moreng Telecom Products
357 Hamburg Turnpike
Wayne, NJ 07470


RAM Realty
75 Mackenzie Lane So.
Denville, NJ 07834


Rapid Fiber Solutions, LLC
1106 Hamilton Street
Belleville, NJ 07109


Ronni Weinstock
3 Pondside Road
Ledgewood, NJ 07852


Samson Electrical Supply
PO Box 680
Edison, NJ 08818


Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ 07890

Shaeffer Supply, Inc.
292 Route 46
Dover, NJ 07801


Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320


Specialized Fire & Security
PO Box 4878
Wayne, NJ 07470


State of New Jersey
Division of Taxation
CN 249
Trenton, NJ 08625


Stewart & Stevenson
33 Gregg Street
Lodi, NJ 07644


Swift Electrical Supply Co.
Dept. #106078
PO Box 150478
Hartford, CT 06115-0478


Trace Electrical Service & Tes
293 Whitehead Road
Hamilton, NJ 08619


Turtle & Hughes, Inc.
1900 Lower Road
Linden, NJ 07036


United Fire Protection Corp.
493 Lehigh Avenue
Union, NJ 07083


W.W. Grainger Co., Inc.
Dept 5221 - 807019997
Palatine, IL 60038-0001


Warshauer Electric Supply
800 Shrewsbury Avenue
Tinton Falls, NJ 07724

Zabransky Mechanical Corp.
44 Mehrhof Road
PO Box 268
Little Ferry, NJ 07643

# United States Bankruptcy Court
## District of New Jersey

In re    Linear Electric Co., Inc.        Case No. _____
                        Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Linear Electric Co., Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July  1, 2015
Date

/s/ Leonard C. Walczyk

Leonard C. Walczyk
Signature of Attorney or Litigant
Counsel for    Linear Electric Co., Inc.
WASSERMAN, JURISTA & STOLZ
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com